Label Matrix for local noticing
0971-3
Case 19-30365
California Northern Bankruptcy Court
San Francisco
Thu Feb 20 08:45:39 PST 2020

Barrett Daffin Frappier
Turner & Engel, LLP
4004 Belt Line Rd., Suite 100
Addison, TX 75001-4320

David Burchard
P.O. Box 8059
Foster City, CA 94404-8059

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230-0001

Michael G. Comfort
Law Offices of Michael G. Comfort
P. O. Box 5611
San Mateo, CA 94402-0611

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7317
Philadelphia, PA 19101-7317

Raymond Krug
527 Flynn Ave.
Redwood City, CA 94063-2926

Mr. Cooper
8950 Cyperss Waters Blvd.
Dallas, TX 75019-4620

Mr. Cooper
PO Box 619096
Dallas, TX 75261-9096

New Residential Mortgage Loan Trust 2017-5
c/o NATIONSTAR MORTGAGE, LLC D/B/A MR. C
P.O. BOX 619096
ATTN; BANKRUPTCY DEPARTMENT
DALLAS, TX 75261-9096

New Residential Mortgage Loan Trust 2018-3
Barrett Daffin Frappier Treder & Weiss
4004 Belt Line Rd Ste. 100
Addison, TX 75001-4320

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

Pamela Law
527 Flynn Ave.
Redwood City, CA 94063-2926

Cassandra J. Richey
Law Offices of Prober and Raphael
20750 Ventura Blvd. #100
Woodland Hills, CA 91364-6207

Edward A. Treder
Barrett Daffin Frappier Treder and Weiss
20955 Pathfinder Rd. #300
Diamond Bar, CA 91765-4029

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

*[handwritten]* Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)New Residential Mortgage Loan Trust 2017-5

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19